AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA          :

        Plaintiff and            :    STIPULATION AND ORDER
        Judgment-Creditor,            OF GARNISHMENT
                                  :
        -v-                           18 CR 0179-07 (JSR)
                                  :
QUINTEEN LYNCH,
                                  :
        Defendant and
        Judgment-Debtor,          :

        and                       :

VALVOLINE INSTANT OIL CHANGE,     :

        Garnishee.                :
-------------------------------x

    WHEREAS, on January 10, 2019, the United States of America (the "United States" or the "Government") obtained a judgment against the defendant Quinteen Lynch (the "defendant") in the amount $1,948,254.67, and

    WHEREAS, the balance of the judgment as of September 10, 2021, is $480,204.80; and

    WHEREAS, the parties wish to enter into an agreement regarding payment of the judgment,

NOW, on the signed consent of the United States and the defendant,

IT IS HEREBY STIPULATED AND AGREED that Valvoline Instant Oil Change (the "Garnishee") shall pay the Government five percent of the defendant's gross earnings per pay period, and continue such payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further order of this Court. Payment must be made payable to the "Clerk of the Court", and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York

    September  10  , 2021

AGREED AND CONSENTED TO:

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York
        Attorney for the United States
        of America

By: _____
        JOHN E. GURA, JR.
        Assistant United States Attorney
        86 Chambers Street
        New York, New York 10007
        Telephone No.: (212) 637-2712
        Fax No.:          (212) 637-2717

_____
QUINTEEN LYNCH
Defendant, pro se

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
9-24-21